# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA  DIVISION

DAVID NELSON

     vs                                                    Case No. 3:08cv508/MCR/EMT

UNITED STATES OF AMERICA

_____

## ORDER

**PLAINTIFF'S REPLY TO UNITED STATES' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (received by the clerk of the court on August 24, 2009)**, was referred to the undersigned with the following deficiency:

> Pursuant to Rule 7.1(C)(2) of the Local Rules of the Northern District of Florida, no reply memoranda may be filed absent a showing of good cause and upon leave of the court.

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiency is corrected.

**DONE AND ORDERED** this 25th day of August 2009.


     /s/ *Elizabeth M. Timothy*
     **ELIZABETH M. TIMOTHY**
     **UNITED STATES MAGISTRATE JUDGE**